**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

B14070002

IN RE:

| | |
|---|---|
| ] | Case Number 12-32407 |
| ] | CH 13 |
| Lynn Skulark;                                     ] | Judge Eugene R. Wedoff |
| ] | |
| ] | |
| ] | |
| ] | |

**NOTICE OF MOTION**

TO:   Lynn Skulark, 10516 S. Sangamon, Chicago, IL 60643

Ernesto D Borges, 105 W. Madison St., 23rd Floor, Chicago, IL 60602

Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

PLEASE TAKE NOTICE that on August 21, 2014, at 9:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff or any judge sitting in his stead, in the courtroom usually occupied by him in Room 744 at 219 S. Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Crystal Sava

Attorney for Creditor

**PROOF OF SERVICE BY MAIL**

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that he served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on July 15, 2014.

/s/ Thomas Girard

FREEDMAN ANSELMO LINDBERG, LLC

1771 W. Diehl Road, Suite 150

Naperville, IL  60563-4947

630-453-6960   866-402-8661    630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                                                      BK030

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

B14070002

| | | |
|---|---|---|
| IN RE: | ] | Case Number 12-32407 |
| | ] | CH 13 |
| Lynn Skulark; | ] | Judge Eugene R. Wedoff |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Neighborhood Lending Services, Inc., secured creditor herein, by and through its attorneys, FREEDMAN ANSELMO LINDBERG LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 7 on August 15, 2012.  The case converted to Chapter 13 on November 20, 2012 and was subsequently confirmed on March 14, 2013.

5. Neighborhood Lending Services, Inc. holds a  mortgage secured by a lien on debtor(s) real estate commonly known as 10516 South Sangamon Street, Chicago, Illinois 60643.

6. There is no equity in the property, as the value is $87,000.00 (per Schedule A), and the principal balance due on the loan is $27,255.56, with a first lien extant with a balance due of $120,668.00 (per Schedule D).

7. The loan is post-petition due for the 11/17/12 - 6/17/14 payment(s) in the amount of $295.97 each, for a total default of $5,919.40, not including attorney fees and costs for bringing this motion.

8. The failure of the debtor(s) to make post-petition payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

9. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

**WHEREFORE,** Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay.

Neighborhood Lending Services, Inc.

/s/ Crystal Sava
One of its Attorneys

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960   866-402-8661     630-428-4620 (fax)
B14070002

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**