**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) Lynn Skulark;   Case No. 12-32407   Chapter 13

All Cases: Moving Creditor Neighborhood Lending Services, Inc.  Date Case Filed August 15, 2012

Nature of Relief Sought: X Lift Stay

Chapter 13: Date of Confirmation Hearing or Date Plan Confirmed 3/14/13

1. Collateral
    a. Home   X
    b. Car    Year, Make and Model _____
    c. Other  _____

2. Balance owed as of Petition Date $27,255.56
   Total of all other Liens against Collateral $124,659.00 (per Schedule D)

3. Attach a payment history, *or* list the months post-petition for which full payment from the debtor was not received:
   11/17/12 - 6/17/14 payments at $295.97 each = $5,919.40

4. Estimated Value of Collateral (must be supplied in *all* cases) $87,000.00 (per Schedule A)

5. Default
    a. Pre-Petition Default
       Number of months _____   Amount $_____
    b. Post-Petition Default
       i. On direct payments to the moving creditor
          Number of months 20 Amount $5,919.40
       ii. On payments to the Standing Chapter 13 Trustee
           Number of months ____ Amount $

6. Other Allegations
    a. Lack of Adequate Protection § 362(d)(1)
       i. No insurance   ____
       ii. Taxes unpaid  ____   Amount _____
       iii. Rapidly depreciating asset   _____
       iv. Other (describe) _____

    b. No Equity and not Necessary for an Effective Reorganization § 362(d)(2)   X

    c. Other "Cause" § 362(d)(1) _____
       i. Bad Faith
       ii. Multiple filings
       iii. Other (describe):

    d. Debtor's Statement of Intention regarding the Collateral
       i. Reaffirm    ii. Redeem
       iii. Surrender    iv. No Statement of Intention Filed
       v. Not Indicated

Date: July 15, 2014                    /s/ Crystal Sava
                                       Counsel for Movant